IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN ANDERSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2572

Opinion filed October 10, 2016.

An appeal from an order of the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

John Anderson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Angela R. Hensel, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED. This Court retains jurisdiction to address the imposition of sanctions.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.